**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 3:20-CR-00213-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOHN EDWARD MCINTYRE (01)** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 27] having been considered, together with the written Objection [Doc. No. 28] filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct, and that judgment as recommended is warranted,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant John Edward McIntyre's Motion to Suppress [Doc. No. 20] is **DENIED**.

THUS DONE in Chambers on this 4th day of February, 2021.

Terry A. Doughty
United States District Judge